THE CITY OF NEW YORK, Respondent, *v.* CONEY ISLAND FIRE DEPARTMENT, Appellant.

Argued January 9, 1941; decided January 23, 1941.

*C. Elmer Spedick* and *Arthur L. Reuter* for appellant.

*William C. Chanler*, Corporation Counsel (*Reuben Levy, Julius Isaacs* and *Lewis Orgel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.